# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 804
:
    ORDER AMENDING RULE 191 : SUPREME COURT RULES
    OF THE PENNSYLVANIA :
    RULES OF JUVENILE COURT : DOCKET
    PROCEDURE :
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 49 Pa.B. 1897 (April 20, 2019):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Juvenile Court Procedure 191 is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.